# UNITED STATES DISTRICT COURT
for the
Eastern District of California

Fresno Division

FILED
AUG 19 2024
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| Santiago Saucedo, Roberto Hernandez, <br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Carolina Penny, Chris Alex Hernandez, Brigadier Evans, Mark Lewis, Hannah Owen, Mark Pence, George Frazier, QBE Travel Insurance, (see attached)<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 1:24 CV 00965-BAM<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ✔ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | |
|---|---|---|
| Name | Santiago Saucedo. | / Robert Hernandez |
| Street Address | 1453 W. Kidney Drive. | / 158 N. Smith Ave |
| City and County | Dinuba, Tulare County. | / Dinuba, Tulare County |
| State and Zip Code | California 93618. | / (559) 393-6272 |
| Telephone Number | (559) 786-5271 | |
| E-mail Address | Robertsconcrete@att.net | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: CAROLINA PENNY
  Job or Title (if known): Unites States Army
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: CHRIS ALEX HERNANDEZ
  Job or Title (if known): Lieutenant General of the Dept of US Army
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: BRIGADIER EVANS
  Job or Title (if known): Brigadier General Evans of the Dept of US Army
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: MARK LEWIS
  Job or Title (if known): Staff Sergeant of the Dept of US Army
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code §1343 0 Fraud by wire, scheme to engage to defraud.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Robert Hernandez, is a citizen of the State of *(name)* California.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Carolina Penny, is a citizen of the State of *(name)* South Carolina. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,248,465

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendants have devised a scheme working together to elicits large of money from Plaintiffs using the rouse that JENNY SANDRA an alleged friend would be released from US authorities. Defendants all of which used their professional titles, relationships and authority have used it to their advantage to seek large sums of money from Plaintiffs. Plaintiff have thus far paid over $1,248,465 to defendants by way of wire, cash, and bitcoin. Plaintiffs have all documentation, seals of authority used Defendants, agreements, emails and text messages.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Order defendants to be liable and pay Plaintiffs the sum of $1,248,465 plus interest, costs and fees.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/12/2024

Signature of Plaintiff: /s/ Santiago Saucedo.   /s/ Robert Hernandez

Printed Name of Plaintiff: Santiago Saucedo and Robert Hernandez

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Print    Save As...    Add Attachment    Reset

PLAINTIFF(S):

1) ROBERT HERNANDEZ
   158 N. Smith Ave
   Dinuba, CA 93618
   Phone: (559) 393-6272

2) SANTIAGO SAUCEDO
   1453 w. Kidney Drive
   Dinuba, CA 93618
   Phone: (559) 786-5271

DEFENDANTS:

1) CAROLINA PENNY
   United States Army
   2434 Marion Ave
   Columbia, SC 29207

2) CHRIS ALEX HERNANDEZ
   Lieutenant General of the Dept of US Army
   928.851.7787
   chrisalex.usarmy@gmail.com

3) BRIGADIER EVANS
   Brigadier General Evans of the Dept of US Army

4) MARK LWEIS
   Staff Sergeant of the Dept of US Army

5) HANNAH OWEN
   Human Relation, US Army Washington"
   917.720.6081
   usa.militaryaffair@usa.com

6) MARK PENCE
   Human Relation, US Army Washington

7) GEORGE FRAZIER
   Major General of the US Army

8) WAZIR O. WIDODO
   QBE Travel Insurance

9) QBE TRAVEL INSURANCE

10) NOEMI MENDEZ GUZMAN
    US Army Agent
    MX Passport # N04101897
    DOB: 7/28/1972
    310.877.6334

11) Department of Financial Protection and Innovation (DFPI)

**TOTAL LOSS: $1,248,465.00**

| | |
|---|---|
| President of the Congress: | Mike Johnson |
| Majority leader: | Steve Scalise |
| Minority leader: | Hakeem Jeffries |
| Headquarters Address: | U.S. Capitol – visitor center (.gov)<br>Https: www.visit the capitol.gov. |
| Senate of the United States: | USA.gov<br>Https:// www.usa.gov.agency |
| Contact Number: | (202) 224-3121 |
| Address: | East Capitol Street<br>Washington D.C |
| Coordinates: | 38°53'23"N 77°00'33"0/ 38.889802777778-<br>77.009113888889 |