UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO SAUCEDO and ROBERT HERNANDEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>CAROLINA PENNY, et al.,<br><br>  Defendants. | Case No. 1:24-cv-00965-BAM<br><br>**ORDER FOLLOWING STATUS CONFERENCE**<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE**<br><br>Status Conference:  February 27, 2025<br>                                10:00 AM (Zoom)<br>                                Courtroom 8 (BAM) |

On January 21, 2025, the Court held a status conference to address service of process. Plaintiffs Santiago Saucedo and Robert Hernandez appeared by Zoom video.

As a preliminary matter, the Court addressed the Court's receipt of new case documents on September 12, 2024, which were returned as undeliverable to Plaintiff Saucedo at the address 1453 W. Kidney Drive, Dinuba, CA 93618. Plaintiff Saucedo confirmed at the hearing that 1453 W. Kidney Drive, Dinuba, CA 93618 remained his mailing address. The Court noted that subsequent orders appeared to have been served upon Plaintiff Saucedo at that address and that Plaintiff Saucedo therefore did not need to file a notice of change of address.

Plaintiff Hernandez informed the Court that Defendant QBE Travel Insurance was served by registered mail, but that Plaintiffs still needed to serve United States government entities. The Court noted that Plaintiffs must file a proof of service as to served Defendants in this case. *See* L.R. 210(b) ("proof of service shall be filed and served on all parties who have been served or who have appeared in the action as of the time of filing the proof of service, as soon as possible

after service has been completed and, in any event, before any action based upon the service is requested or taken by the Court or is taken by a party in reliance on proper service. Such proof of service shall show the date, place, and manner of the service. When service is made by personal delivery, it shall show the hour, the particular address or vicinity at which service was made, the name and address of the person served, and the name and address of the person making the service."); Fed. R. Civ. P. 4(l) ("Unless service is waived, proof of service must be made to the court. Except for service by a United States marshal or deputy marshal, proof must be by the server's affidavit."). The Court further noted that Plaintiffs must follow the Federal Rules of Civil Procedure regarding service of the United States and its agencies, corporations, officers, or employees. *See* Fed. R. Civ. P. 4(i). Plaintiff Hernandez informed the Court that Plaintiffs would continue working to serve all Defendants, may seek attorney representation, and intended to continue the lawsuit.

As indicated at the conference, Plaintiff Hernandez's request for additional time to complete service is GRANTED. Fed. R. Civ. P. 4(m). Plaintiffs are further ORDERED to file proof of service of Defendant QBE Travel Insurance, as Plaintiffs have indicated service upon that Defendant has been completed. The Court sets a further Status Conference for **February 27, 2025, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The purpose of the conference is to address service of the complaint, and Plaintiffs shall update the Court regarding their progress in serving the remaining Defendants. The United States employee defendants must be served pursuant to Fed. R. Civ. P. 4(i). The parties shall appear at the conference <u>remotely</u> via Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attired required.

IT IS SO ORDERED.

   Dated:   **January 21, 2025**              /s/ *Barbara A. McAuliffe*          _
                                             UNITED STATES MAGISTRATE JUDGE

2